UNITED STATES of America, Plaintiff-Appellee

v.

Manuel Ramiro MARTINEZ-RIVERA, Defendant-Appellant

No. 16-41673
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed August 22, 2017

John Richard Berry, Assistant U.S. Attorney, Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, John Moreno Parras, Kathryn Shephard, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

Manuel Ramiro Martinez-Rivera pleaded guilty to illegally reentering the country after he was deported, and he received a 57-month sentence. On appeal, Martinez-Rivera contends that the district court erred by imposing a 16-level enhancement under U.S.S.G. § 2L1.2(a)(1)(A)(ii) (2015) based on a finding that his prior Texas aggravated assault conviction was a crime

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of violence. We review this determination de novo. *United States v. Alay*, 850 F.3d 221, 223 (5th Cir. 2017).

Acknowledging that in *United States v. Guillen-Alvarez*, 489 F.3d 197, 198 (5th Cir. 2007), this court held that Texas aggravated assault is an enumerated crime of violence for purposes of § 2L1.2(a)(1)(A)(ii) (2015), Martinez-Rivera argues that the court's conclusion has been called into question by the reasoning of other circuit courts. However, one panel of this court may not overrule the decision of another absent an intervening change in the law, for instance through a superseding decision of the Supreme Court or this court sitting en banc. *United States v. Traxler*, 764 F.3d 486, 489 (5th Cir. 2014). Moreover, this court has recently reaffirmed the holding in *Guillen-Alvarez*. *United States v. Shepherd*, 848 F.3d 425, 428 (5th Cir. 2017).

The district court's judgment is AFFIRMED.